

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-16-00249-CV

**IN THE ESTATE OF** Ramiro **AGUILAR** Jr., Deceased

From the Probate Court No. 2, Bexar County, Texas
Trial Court No. 2012-PC-2800
Honorable Tom Rickhoff, Judge Presiding

PER CURIAM

Sitting:      Patricia O. Alvarez, Justice
             Luz Elena D. Chapa, Justice
             Jason Pulliam, Justice

Delivered and Filed:  July 13, 2016

DISMISSED FOR WANT OF JURISDICTION

Appellants Anthony C. Aguilar and Michael A. Aguilar appealed the probate court's January 27, 2016 order.  Appellee Margaret Anne Morales, individually and as independent executor of the estate of Ramiro Aguilar Jr., moved to dismiss the appeal for want of jurisdiction.

On June 7, 2016, we advised Appellants that the January 27, 2016 order was not a final, appealable order, and this court lacked jurisdiction in this appeal.  We ordered Appellants to file in this cause a petition for writ of mandamus by July 7, 2016, or this appeal would be dismissed for want of jurisdiction.  Appellants timely filed an unopposed motion to dismiss this appeal.

We dismiss this appeal for want of jurisdiction.

PER CURIAM